THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. LENA WEISSKOPF and Others, Appellants.— Order unanimously modified so as to provide that a jury trial be allowed of the issues directly raised in the counterclaim and reply and that such trial occur after the plaintiff has had its trial in equity; otherwise, order affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NATHAN B. KOGAN, as Executor, etc., of MARY WINTER, Deceased, Respondent, v. GUSTAV BONDY, Defendant. CHARLES BONDY, as Executor, etc., of GUSTAV BONDY, Deceased, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of GEORGE DEWEY HOEFLICH, Respondent, against AMERICAN MERRI-LEI CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the inspection and examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THEODORE A. FRANKEL, Respondent, v. GERARD L. DE NIEUWENHOVE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

KANEMATSU TRADING CORPORATION, Appellant, v. DAVID KAMERMAN and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FARUB FOUNDATION CORPORATION, Appellant, v. 530 PARK AVENUE, INC., Respondent.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion with respect to the matters appealed from denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under a Certain Trust Mortgage Dated June 12, 1925, Made by W. A. R. REALTY CORPORATION, Respondent, v. W. A. R. REALTY CORPORATION and Others, Respondents, Impleaded with Others, Defendants. HEARST-BRISBANE PROPERTIES & GUARANTEE COMMITTEE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

VALLEY ROLLING MILLS, INC., Plaintiff, v. IRVING J. FELDMAN, Trading under the Firm Name and Style of COLUMBIA TOOL & SUPPLY CO., Defendant, Appellant, CHARLES T. BAIRD, Defendant, Respondent, MURRAY E. BAKER, Defendant.— Section 211-a of the Civil Practice Act does not apply to a judgment for damages for fraud and deceit. (Gen. Constr. Law, § 37-a.) For this reason, in addition to that assigned by Special Term, to wit, that the judgment herein was obtained before the adoption of section 211-a, we are of opinion that the order appealed from was proper and should be affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., Townley, Glennon, Cohen and Callahan, JJ.

N. SINCLAIR ROBINSON, Appellant, v. HOPESTAND REALTY CORPORATION, Respondent.— Appeal dismissed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.